UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00627
   JAMES WELLS
   ANNIE WELLS                                  CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9047     SSN XXX-XX-8500

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 03/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/13/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL/HOUSEHOLD FIN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| OFG CAPITAL LLC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 223.00 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 2988.55 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 196.00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 15955.85 | .00 | 345.60 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 1789.02 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,384.00 | | 3,384.00 |
| TOM VAUGHN | TRUSTEE | | | 320.40 |
| DEBTOR REFUND | REFUND | | | 450.00 |

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,500.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 345.60 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 3,384.00 |
| TRUSTEE COMPENSATION | | 320.40 |
| DEBTOR REFUND | | 450.00 |
| | --------------- | --------------- |
| TOTALS | 4,500.00 | 4,500.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/25/09

                                    /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE